IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK EDUCATION ASSOCIATION                               PLAINTIFF

v.                          No. 4:14-cv-206-DPM

DEXTER SUGGS, individually and in his
official capacity as Superintendent of Schools
of the Little Rock, Arkansas School District;
LITTLE ROCK SCHOOL DISTRICT; and
LITTLE ROCK SCHOOL DISTRICT
BOARD OF EDUCATION                                              DEFENDANTS

ORDER

The Association's unopposed motion to remand, № 4, is granted for the reasons stated, and based on the authorities cited, in the Association's cogent brief, № 5. Case remanded to the Circuit Court of Pulaski County. Defendants' recent motion to dismiss, № 6, remains pending for adjudication by that Court.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2014